# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

_Eddrell Scott_,

~~[struck through]~~,

_____,

vs

(Full name of defendant(s))

_Dennis Reagle_,

_Aramark Supervisor/Director of P.C.F. (Lori) (MLG)_,

_Aramark Corporation_,

**FILED**
07/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:23-cv-01272-JMS-MKK

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of _United States_, and is located at
(State)

_4490 West Reformatory Rd. Pendleton, IN 46064_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
(Name)

is (if a person or private corporation) a citizen of_____
                                                              (State, if known)
and (if a person) resides at _____
                                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for_____
                                              (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Superintendent Reagle, Armark Supervisor of P.C.F, and Armark Corporation, violated my (secured Right 8th Amend) On the weekend starting on 6/5/23 threw 6/15/23 I was deprived of my human nessoties, such as adquate meals while I was incarcerated at P.C.F. They did this cruel unusual punishment for almost 2 weeks from 6/5/23 threw 6/15/23, after being fully aware and alert by me threw multipule request forms that they was not in compliance with ISDH inspectors, this took place at P.C.F and it was for them to save money and this was not an emergency lock down, they even give us a notice that the facility was going on a lock down due to violance on staff and alot of succide attemps, and even posted a memo, so they new to be prepaird and get those sacks aproved by (ISDH inspector)

D-6 (revised 4/20/2022)                        Complaint - 2

'But instead knowingly and attentionaly passd us out Breefast Sacks that Consisted to one Jelly Pack that wieght 0.5 grams, one penutt Butter pack that weight 2.8 grams, 4 slices of Bread, and 2 packs of vegtable oil and a small tiny bag of Cereol, The Sacks was missing meat and or Egg, Plus Breakfast cake or Biscut, these was inadequet meals, and cased unwanted discomfort such as hunger, it was depressing as well due to the deprivation of given me a meal that wasent anuff to fill a kid up, due to the constant shortage of Calories, I went to bed depressd, and in hungerpains, I tried my best to have them fix this defiency(s) after the first 3 days of the violation and found no Remdy So I took proper Steps threw the grievance policy(s) and my grievance just god shuffled around and no responce, and I informd my Casemanager "Mrs. Schurman" about the problem and also that the grievance specialist was playing hide and seek with grievance Administration Remdys, and Mrs Schurman informd me to try and write one more blue form to the specialist, and I did, Still no responce and then I wrote ombudsman, and a letter to Superintendent, I.I, etc, seeking a Remdy and had Mrs. Schurman notarize it, and now I feel deprived and must file this claim in good faith, So this abuse never happens again.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

—Injunction—

(1) I want the courts to ensure all offenders needs will be met, and keep a daily log book on what the offenders must have and if your facility goes on a lock down you must still remain in compliance with I.S.D.H inspectors, and make sure no inmate in the care of IDOC is deprived of any adaquate meal, they will have a comperhensive guidline to follow such as what to provide a inmate with during a lock down, and if there not doing that nothing will prevent a new claim, (2) I don't to much care about the money award, I'll take what ever me and deffendent(s) agree on that's fair and just, its more about the respect, dignity etc, This was some cruel an unconstitutional conduct and they new better, then to deprive us, we must stop this type of violation for good to secure rights

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
             OR

☐ Court Trial – I want a judge to hear my case

Dated this __13__ day of __July__ 20_23_.

Respectfully Submitted,

*Eddull Bell*
Signature of Plaintiff

__132/22__
Plaintiff's Prisoner ID Number

Pendleton Dept. Corr Facility
4490 West Reformatory Rd   Pendleton, IN 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION
Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Eddull Bell* _____ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

D-6 (revised 4/20/2022)          Complaint - 5

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

**Note:** Attached to this is 6 Exhibits Showd Proof that I did my best to exicute and Srell Remdy(s) But the administration Playd hide and Seek with my grievance Remdys to protect the Superintendent from this Law Suit, So he Can possibly have a diffence But I was wise anuff to get times and Dates and even ombuds-ment Record with proof of Signitures to witness that I did and notarized

**Note:** Its also Records on ombudsmen file to support claim and exsiation.

**Note:** Times and Dates of the camera footg Showing the delivery of inadaquate meals (4:13am Sack) 5th (4:54am sack) sifibll (4:04am sack)