UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EDDRELL SCOTT,                        )
                                     )
                 Plaintiff,          )
                                     )
          v.                         )        No. 1:23-cv-01272-JMS-MKK
                                     )
DENNIS REAGLE,                       )
ARAMARK SUPERVISOR,                  )
ARAMARK CORPORATION,                 )
                                     )
                 Defendants.         )

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED** for failure to state a

claim upon which relief may be granted.


     Date: 3/26/2024

                                     Hon. Jane Magnus-Stinson, Judge
                                     United States District Court
                                     Southern District of Indiana


Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk



Distribution:

All ECF-registered counsel of record via email

EDDRELL SCOTT
132122
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only